```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                  :
:                    20 cr. 295(VEC)
 - v. -                                   :
:                         ORDER
MICHAEL DEL VILLAR and ENRIQUE            :
ROSADO,                                   :
:
                              Defendants.  X
-------------------------------------------------------------------

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the Arraignment currently scheduled for Friday, June 19, 2020 at 2:00 p.m., will be held via Skype video. The public dial-in number is 19179332166 ID#:483843022.

SO ORDERED:

Dated:    New York, New York
          June 18, 2020

                                        _____
                                        VALERIE CAPRONI
                                    United States District Judge