**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2020

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/20/2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v. Michael Del Villar and Enrique Rosado, 20 Cr. 295 (VEC)

Dear Judge Caproni:

The Government respectfully requests permission to redact certain information in an exhibit attached to the Government's memorandum of law opposing the defendants' motions to suppress evidence, which contains "sensitive information" as defined in the Southern District of New York Electronic Case and Filing Rules & Instructions ("SDNY Filing Rules"), Section 21 (Privacy and Public Access to ECF Cases) and as identified in Federal Rule of Criminal Procedure 49.1(a)(5) (Privacy Protection for Filings Made with the Court.

Specifically, the Government seeks to redact phone numbers belonging to a defendant, other phones contacting that defendant, and a law enforcement agent. Such information constitutes a "personal identifying number" that is associated with a particular individual and can be used to identify and contact that person.

On November 5, 2020, the Court granted an application by defendant Michael Del Villar to redact the same type of information in exhibits filed in support of his motion to suppress. Dkt. 48.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 2

Counsel for Villar consents to this request.[1]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.

11/20/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] The position of counsel for defendant Enrique Rosado on the instant request is unknown. Counsel for Rosado consented to Villar's earlier similar request.