USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/22/2020

**MEMO ENDORSED**

CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800

WRITER'S DIRECT NUMBER

(212) 701-3207

HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
LISA COLLIER
AYANO K. CREED
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
ARIEL GOLDMAN
JASON M. HALL
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER*
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
MICHAEL A. SHERMAN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA
JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
COREY WRIGHT
JOSHUA M. ZELIG
DANIEL J. ZUBKOFF

* ADMITTED IN DC ONLY

December 21, 2020

Re:     *United States* v. *Michael Del Villar*, 20-cr-295 (VEC)

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni,

      I respectfully submit this letter on behalf of the defendant Michael Del Villar, to seek a modification of the terms of his pretrial home detention so that he may stay overnight with his children's grandparents (where his children will be) on Christmas Eve (December 24, 2020), his eldest daughter's birthday (December 27, 2020), and New Year's Eve (December 31, 2020), while otherwise abiding by the conditions of his bail, including his curfew and GPS monitoring. The residence where Mr. Del Villar would be staying is in the district of his supervision, and the address has been provided to Pretrial Services.

      As background, on August 11, 2020, your Honor modified the terms of Mr. Del Villar's release on home detention to include a curfew, enforced by GPS electronic monitoring, with the hours set by Pretrial Services. Mr. Del Villar has complied with all of his bail conditions.

      In accordance with Pretrial Services' policy not to consent to "social requests," Mr. Del Villar's Pretrial Services Officers have declined to consent to this request, and the Government has deferred to Pretrial Services per what it describes as its own policy. However, neither Pretrial Services nor the Government disputes that Mr. Del Villar has fully complied with the conditions of his bail, and neither has offered any reason, beyond the aforementioned policy, that Mr. Del Villar's request to spend the holiday with his family would be inconsistent with the

CAHILL GORDON & REINDEL LLP

-2-

objectives of the Bail Reform Act.  While the policy cited by Pretrial Services undoubtedly serves important objectives in some cases, it does not seem necessary to defer to them here.

Accordingly, we respectfully request that Mr. Del Villar's bail conditions be modified temporarily to allow him to spend the nights listed above with his family.  We stand ready to supply the Court with any additional information it may require.

Respectfully submitted,

/s/ Anirudh Bansal

Anirudh Bansal

*Counsel for Michael Del Villar*

cc: Brett Kalikow, Assistant United States Attorney (via e-mail)
United States Pretrial Services Officer Ashley Cosme (via e-mail)
United States Pretrial Services Officer Tiffany Rivers (via e-mail)
United States Pretrial Services Officer Brenda Mercado (via e-mail)

Application DENIED.  Although the Court would prefer Mr. Del Villar be able to spend the holidays with his children, unfortunately granting Mr. Del Villar his request would result in the commingling of family groups in contravention of the latest CDC guidance.  Thus, the Court regretfully must deny Mr. Del Villar's request.

SO ORDERED.

12/22/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE