USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
  UNITED STATES OF AMERICA,                                  :
                                                             :
             -against-                                       :    20-CR-295 (VEC)
                                                             :
  MICHAEL DEL VILLAR and ENRIQUE                             :    ORDER
  ROSADO,                                                    :
                                                             :
                                        Defendants.          :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court previously scheduled trial for February 22, 2021, and set the pretrial filings schedule accordingly;

      WHEREAS the parties' pretrial motions are fully briefed;

      WHEREAS due to the ongoing COVID-19 pandemic, the Court has determined that it is likely it will not be feasible to hold a trial on February 22, 2021; and

      WHEREAS the Court wishes to avoid having the parties prepare at this time for a trial that is unlikely to proceed as currently scheduled;

      IT IS HEREBY ORDERED that the trial and final pretrial conference are ADJOURNED *sine die*. The Court will give the parties at least one month's notice before setting a new trial date and final pretrial conference. If necessary, the Court will hold a hearing on the parties' pretrial motions at the final pretrial conference.

      IT IS FURTHER ORDERED that the parties' requests to charge and proposed *voir dire* questions are due **February 8, 2021**. Motions *in limine* are due **February 8, 2021**, with responses due **February 22, 2021**.

**SO ORDERED.**

**Dated: January 5, 2021**
   **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**