USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :

        -against-                         :          20-CR-295 (VEC)

                                       :

MICHAEL DEL VILLAR and ENRIQUE               :          ORDER
ROSADO,                                       :

                                       :

                         Defendants.   :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendants have filed motions to suppress evidence, *see* Dkt. 42; Dkt. 44;

       WHEREAS the parties' motions to suppress are fully briefed;

       WHEREAS Defendants have requested an evidentiary hearing on various issues and have requested an opportunity for oral argument on their motions;

       IT IS HEREBY ORDERED that the parties must appear for oral argument on their suppression motions on **April 22, 2021, at 2:30 p.m.**, in **Courtroom 443**, of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  Given the anticipated difficulty of Defendant Del Villar's in-person appearance, if he wishes to waive his in-person attendance, he may attend the hearing by calling from his home in California, using the dial-in information included below.  If he wishes to waive in-person attendance, a written waiver must be filed by **April 20, 2021**.  All other participants must appear in-person.

       IT IS FURTHER ORDERED that not later than **April 20, 2021**, counsel for Defendant Rosado must confirm whether there is surveillance footage that Defendants would like the Court to view to test the arresting agents' description of Defendant Del Villar's backpack as "heavily weighted and squared-off."  To the extent necessary, the Court will review that footage at the April 22, 2021 hearing.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

**Dated: April 15, 2021**
       **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.