USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                     20-CR-295 (VEC)

MICHAEL DEL VILLAR and ENRIQUE              <u>ORDER</u>
ROSADO,

                      Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 15, 2021, the Court scheduled oral argument for April 22, 2021, at 2:30 p.m.; and

      WHEREAS the parties requested a brief adjournment;

      IT IS HEREBY ORDERED that oral argument is adjourned to **April 29, 2021, at 4:00 p.m.**

      IT IS FURTHER ORDERED that, as previously instructed, interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Dated: April 15, 2021**
       **New York, NY**

                                                                        _____
                                                                        **VALERIE CAPRONI**
                                                                        **United States District Judge**