USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

MICHAEL DEL VILLAR and ENRIQUE ROSADO,

                                     Defendants.
------------------------------------------------------------ X

20-CR-295 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing is scheduled for May 12, 2021, at 10:30 a.m.; and

WHEREAS the Court previously indicated that the hearing would be held in Courtroom 110 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY;

IT IS HEREBY ORDERED that the hearing will be held in **Courtroom 23B** of the **Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street**, New York NY. The date and time of the hearing have not changed.

**SO ORDERED.**

Date: May 6, 2021
      New York, NY

                                           **VALERIE CAPRONI**
                                           **United States District Judge**