USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 UNITED STATES OF AMERICA,                                   :
                                                             :
     -against-                                               :   20-CR-295 (VEC)
                                                             :
 MICHAEL DEL VILLAR and ENRIQUE                              :   ORDER
 ROSADO,                                                     :
                                                             :
                                  Defendants.                :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 12, 2021, the Court held an evidentiary hearing on Defendants' motions to suppress;

IT IS HEREBY ORDERED that, for the reasons stated on the record at the May 12, 2021 hearing, Defendants' motions to suppress are DENIED. A written opinion more fully explaining the Court's decision will follow.

IT IS FURTHER ORDERED that, as previously noted, the Court intends to request a jury so trial can begin in July 2021. To the extent either Defendant wishes to change his plea, the Court requests that Defendants' counsel promptly notify the Court of this development.

IT IS FURTHER ORDERED that, as the Court has previously stated, the period between April 29, 2021 and July 30, 2021, is excluded under 18 U.S.C. § 3161(h)(7)(A), because the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic and the complexity of this case outweigh the interests of the public and the Defendants in a speedy trial.

The Clerk of Court is respectfully directed to terminate the open motions at Dkt. 42 and Dkt. 44.

**SO ORDERED.**

**Date: May 13, 2021
New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**