USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                20-CR-295 (VEC)

MICHAEL DEL VILLAR,                ORDER

                        Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 20, 2021, Mr. Del Villar filed a letter motion requesting that the Court modify the terms of his pretrial release to remove location monitoring and a curfew (Dkt. 86);

    WHEREAS the Court instructed the Government to respond and to provide the Court with a copy of Mr. Del Villar's Pretrial Services report (Dkt. 87); and

    WHEREAS on May 25, 2021, the Government responded in opposition to Mr. Del Villar's request (Dkt. 88)

    IT IS HEREBY ORDERED that Mr. Del Villar's request is DENIED. The conditions of Mr. Del Villar's release were the least restrictive conditions that the Court determined would reasonably secure the safety of the community and the Defendant's appearance at trial. *See* 18 U.S.C. § 3142. The fact that Mr. Del Villar complied with the terms of release for a period of time does not alter that determination.

    The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 86.

**SO ORDERED.**

**Date: May 26, 2021**
**New York, NY**
                                                             **VALERIE CAPRONI**
                                                             **United States District Judge**