**MEMO ENDORSED**

# CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | ———— | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | WASHINGTON, DC 20006-1181 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | (202) 862-8900 | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | CAHILL GORDON & REINDEL (UK) LLP | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | 24 MONUMENT STREET | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | LONDON EC3R 8AJ | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | +44 (0) 20 7920 9800 | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | ———— | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN |
| SEAN M. DAVIS | RICHARD KELLY | | TAMMY L. ROY | ENGLAND AND WALES ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | (212) 701-3433 | JONATHAN A. SCHAFFZIN | ± ADMITTED AS A SOLICITOR IN |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | WESTERN AUSTRALIA ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | ‡ ADMITTED IN DC ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | § ADMITTED AS AN ATTORNEY |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | IN THE REPUBLIC OF SOUTH AFRICA |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | ONLY |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | | ANTHONY K. TAMA | |

June 14, 2021

Re:    *United States* v. *Michael Del Villar et al.*, 20-cr-295 (VEC)

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

      On behalf of the defendant Michael Del Villar, I write respectfully to request permission to redact certain information in a letter request addressed to this Court seeking adjournment of trial ("Adjournment Request"), which contains "sensitive information" as defined in the Southern District of New York Electronic Case and Filing Rules & Instructions ("SDNY Filing Rules"), Section 21 (Privacy and Public Access to ECF Cases) in accordance with Federal Rule of Criminal Procedure 49.1(e)(1) (Privacy Protection for Filings Made with the Court), and other privacy concerns. The Government and counsel for Enrique Rosado consent to this request.

      The SDNY Filing Rules specify that medical records, treatment, and diagnosis qualify as "sensitive information" that a filer should consider redacting. SDNY Filing Rules, Section 21.4. Medical information of a third party is included at the following citation and we respectfully request its redaction: Adjournment Request, at 1.

      Pursuant to Rules 3 (A) (ii) and (iii) of Your Honor's Individual Practices in Criminal Cases, we will file the redacted versions of the documents on ECF and email Chambers a copy of the documents with redactions identified.

      Thank you for the Court's consideration of this request. We are available to provide any additional information the Court requires.

CAHILL GORDON & REINDEL LLP

-2-

                                        Respectfully submitted,

                                        /s/ Danielle Simard
                                        Danielle Simard

                                        *Counsel for Michael Del Villar*

cc:    Brett Kalikow, Assistant United States Attorney (via ECF)
        Toni Messina, Esq. (via ECF)

                                        Application GRANTED.

                                        SO ORDERED.

                                        *[signature: Valerie Caproni]*
                                        6/15/2021

                                        HON. VALERIE CAPRONI
                                        UNITED STATES DISTRICT JUDGE