USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

MICHAEL DEL VILLAR and ENRIQUE ROSADO,

                            Defendants.
------------------------------------------------------------ X

20-CR-295 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear before the Court for a teleconference on Friday, June 18, 2021, at 11:00 a.m.; and

    WHEREAS the Court will be closed on June 18 for the just-announced Juneteenth holiday;

    IT IS HEREBY ORDERED that the teleconference is RESCHEDULED for **June 21, 2021, at 11:00 a.m.** The parties should dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0295#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  June 17, 2021**
      **New York, NY**

                                                   **VALERIE CAPRONI**
                                          **United States District Judge**