USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-

MICHAEL DEL VILLAR and ENRIQUE ROSADO,

                                  Defendants.
------------------------------------------------------------- X

20-CR-295 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a conference on June 21, 2021;

IT IS HEREBY ORDERED that the July 14, 2021 trial date is ADJOURNED to **August 23, 2021**, subject to the availability of a jury for that date. If by July 23, 2021, the Court has not confirmed that it will be able to pick a jury beginning on August 23, 2021, the Court will adjourn the trial until Q4 2021, with a tentative trial date in October 2021.

IT IS FURTHER ORDERED that the July 6, 2021 Final Pretrial Conference is ADJOURNED *sine die*. The Court will schedule a FPTC once the trial date has been finalized.

IT IS FURTHER ORDERED that the Court's prior exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), is extended to **October 1, 2021**, because the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic outweigh the interests of the public and the Defendants in a speedy trial.

**SO ORDERED.**

Date: June 21, 2021
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**