```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                         :
    -against-                            :        20-CR-295 (VEC)
                                         :
MICHAEL DEL VILLAR,                      :        ORDER
                                         :
                            Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 21, 2021, the Court adjourned the trial date in this action to August 23, 2021, subject to the availability of a jury for that date, *see* Dkt. 99;

IT IS HEREBY ORDERED that the parties must appear for a teleconference on **July 27, 2021, at 2:00 p.m.**, to discuss trial scheduling.  The parties should dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  July 26, 2021
       New York, NY

                                           _____
                                           **VALERIE CAPRONI
                                           United States District Judge**