**MEMO ENDORSED**

CAHILL GORDON & REINDEL LLP

32 OLD SLIP

NEW YORK, NY 10005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021

HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JONATHAN BROWNSON *
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
LISA COLLIER
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL
JOYDEEP J. FRANKEL

ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

—

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

—

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0) 20 7920 9800

—

WRITER'S DIRECT NUMBER:
212-701-3207

BRIAN T. MARKLEY
MEGHAN N. McDERMOTT
WILLIAM J. MILLER
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA

JONATHAN D. THIER
SEAN P. TONOLLI
JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
COREY WRIGHT
ELIZABETH M. YAHL
JOSHUA M. ZELIG

* ADMITTED AS A SOLICITOR IN
ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN
WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY
IN THE REPUBLIC OF SOUTH AFRICA
ONLY

July 26, 2021

Re:   *United States* v. *Michael Del Villar*, 20-cr-295(VEC)

Dear Judge Caproni:

As counsel for defendant Michael Del Villar in the above-referenced matter, I am writing to request a brief adjournment of the teleconference scheduled this afternoon for tomorrow, July 27, 2021, at 2:00 p.m.

I am representing a witness in a previously-scheduled interview before FINRA between 2:00 p.m. to 4:00 p.m. tomorrow (as well as another witness in a separate FINRA interview between 12:30 p.m. and 2:00 p.m.). Accordingly, I would respectfully request a brief adjournment of the conference in this matter. Having consulted with counsel for the Government, we would both be available before 11:00 a.m. or after 4:00 p.m. tomorrow July 27, or on Wednesday July 28 at any time.

Counsel for Mr. Rosado advises that her client is entering a plea of guilty on July 29, so she does not believe her presence is required, but please let us know if the Court expects her to appear.

Thank you in advance for the Court's consideration of this request. Please let me know if I can provide any additional information.

Respectfully submitted,

/s/ Anirudh Bansal
Anirudh Bansal

CAHILL GORDON & REINDEL LLP

-2-

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

cc:     Brett Kalikow, Assistant United States Attorney (via ECF)
        Toni Messina, Esq. (via ECF)

---

Application GRANTED.  The July 27, 2021 conference is rescheduled to **4:15 p.m.**  The dial-in
information remains the same: (888) 363-4749 // Access code: 3121171# // Security code:
0295#.  Counsel for Defendant Rosado need not join the conference.

SO ORDERED.

*Valerie Caproni*      7/26/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE