```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  UNITED STATES OF AMERICA,                                  :
                                                             :
        -against-                                            :    20-CR-295 (VEC)
                                                             :
  MICHAEL DEL VILLAR,                                        :    ORDER
                                                             :
                            Defendant.                       :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 27, 2021, the parties appeared before the Court for a teleconference to discuss scheduling a trial in this case;

WHEREAS the Court informed the parties that trial would commence with jury selection on August 16, 2021;

WHEREAS at the conference, Defendant Del Villar notified the Court that he has been experiencing issues with his current defense counsel and that he intended to file a letter seeking substitution of counsel; and

WHEREAS Defendant thereafter emailed Chambers a letter requesting that the Court schedule a hearing to discuss appointment of replacement counsel and adjournment of the trial to Q4 2021;

IT IS HEREBY ORDERED that the parties must appear for a teleconference on **July 28, 2021, at 2:00 p.m.**  The parties should dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that defense counsel for Mr. Del Villar must ensure that his client is made aware of this afternoon's teleconference.

IT IS FURTHER ORDERED that, in advance of this afternoon's conference, the Government must determine whether the Federal Defenders and the CJA attorney on-duty have a conflict prohibiting their representation of Mr. Del Villar.

**SO ORDERED.**

Date:  **July 28, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**