```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA,          :
                                                             :
        -against-                        :              20-CR-295 (VEC)
                                                             :
  MICHAEL DEL VILLAR,                :              <u>ORDER</u>
                                                              :
                                    Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 28, 2021, the parties appeared before the Court for a teleconference to discuss Defendant's request for substitution of counsel;

       IT IS HEREBY ORDERED that Mr. Anirudh Bansal and the law firm of Cahill Gordon & Reindel LLP are relieved as counsel for Defendant Michael Del Villar.

       IT IS FURTHER ORDERED that Mr. Victor Hou is appointed as CJA counsel for Mr. Del Villar.

       IT IS FURTHER ORDERED that the August 16, 2021 trial is ADJOURNED *sine die* in order to afford Mr. Hou sufficient time to familiarize himself with the record in this case.

       IT IS FURTHER ORDERED that the parties must appear for a status conference on **August 26, 2021, at 4:00 p.m.**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Mr. Del Villar need not appear in person and may dial in to the conference using the below information.

       IT IS FURTHER ORDERED that interested members of the public may dial-in to both proceedings using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

      IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

      The Clerk of Court is respectfully directed to terminate Anirudh Bansal, Changlan Lucy Xu, Danielle Simard, and Samantha Lawson as attorneys of record for Defendant Michael Del Villar.

**SO ORDERED.**

**Date:  July 28, 2021**
      **New York, NY**

                                   **VALERIE CAPRONI**
                                   **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.