USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-                                    20-CR-295 (VEC)

MICHAEL DEL VILLAR,                    ORDER

                                Defendant.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 26, 2021, the parties appeared before the Court for a status conference;

       IT IS HEREBY ORDERED that a trial is scheduled to commence with jury selection on December 1, 2021.  Due to the COVID pandemic, the Southern District of New York is employing a centralized calendaring system.  This case is second on the list for jury trials on December 1, 2021, which means that the case will not proceed on December 1, 2021, if the other trial scheduled for that date goes forward.  As the Court instructed the parties, they must be prepared to proceed to trial within two weeks before and after the December 1, 2021 trial date.  The Court will keep the parties informed of any updates concerning the trial date in this matter.

       IT IS FURTHER ORDERED that the Final Pretrial Conference is scheduled for **November 23, 2021, at 2:30 p.m.**, in **Courtroom 443**, Thurgood Marshal U.S. Courthouse, 40 Foley Square, New York, NY 10007.  To the extent the trial date in this case changes, the Court may adjust the date of the FPTC and will provide the parties with ample notice.

       IT IS FURTHER ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0295#.  All of those

accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that the period between August 26, 2021, and December 1, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  In addition to the reasons stated on the record at the August 26, 2021 conference, the Court finds that the ends of justice served by accommodating logistical difficulties created by the COVID-19 pandemic and the substitution of defense counsel outweigh the interests of the public and the Defendant in a speedy trial.

**SO ORDERED.**

Date:  **August 27, 2021**
         **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**