# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARP
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA

BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
AUDRY X. CASUSOL
ABENA A. MAINOO

HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

**MEMO ENDORSED**

D: +1 212-225-2527
jnkodo@cgsh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/21

October 6, 2021

<u>VIA EMAIL</u>

The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square

> Re: <u>United States v. Michael Del Villar</u>, 20-cr-295 (VEC)

Dear Judge Caproni:

On behalf of the defendant Michael Del Villar, I write respectfully to request permission to file under seal and redact certain Exhibits to the Declaration of Julie-Irene Nkodo in Support of Michael Del Villar's Motion for Reconsideration ("Nkodo Declaration"), and the Memorandum of Law in Support of Michael Del Villar's Motion for Reconsideration, which contain "sensitive information" as defined in the Southern District of New York Electronic Case and Filing Rules & Instructions ("SDNY Filing Rules"), Section 21 (Privacy and Public Access to ECF Cases) and as identified in Federal Rule of Criminal Procedure 49.1(a)(5) (Privacy Protection for Filings Made with the Court). The government and counsel for Enrique Rosado consent to this request.

At common law and under the First Amendment, there is a general presumption in favor of public access to judicial documents. *See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 141 (2d Cir. 2016); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). The Second Circuit has articulated a three-step process to determine whether documents should be placed under seal. First, a court must decide whether the documents constitute "judicial documents," which are documents "relevant to the performance of the judicial function and useful in the judicial process." *Lugosch*, 435 F.3d at 119 (internal quotations and citation omitted). Second, if the Court determines that the documents are judicial documents, the Court must then assess the weight of the presumption of access. *See Bernstein*, 814 F.3d at 141–42. And finally, the Court must "balance competing considerations"

against the presumption of access, such as "the danger of impairing . . . judicial efficiency" and "the privacy interests of those resisting disclosure." *Lugosch*, 435 F.3d at 120 (internal citation omitted).

The justification and location of the proposed sealing and redactions are outlined below.

1. <u>The cellphone number of a defendant</u>

The SDNY Filing Rules state that caution should be exercised when filing documents that contain "personal identifying numbers." SDNY Filing Rules, Section 21.4. A cellphone number is clearly associated with an individual and can be used to identify and contact that person. The cellphone number of a defendant (and of other private individuals) are included at the following document and we respectfully request its sealing:

- Nkodo Declaration, Exhibit 2, Pen Register Information Spreadsheet, USAO_000599.

2. <u>The identifying information of the owner of the apartment</u>

The SDNY Filing Rules state that "[i]n order to protect people's privacy . . ., parties should be cautious when filing sensitive information." SDNY Filing Rules, Section 21.2. The owner of the apartment in question's name and address is included in the following documents and we respectfully request their redaction on account of the nature of the allegations of events that occurred at the owner's apartment building and their status as a non-party:

- Nkodo Declaration, Exhibit 10, Interview with Building Owner, February 19, 2021, 3507-01.
- Memorandum of Law in Support of Michael Del Villar's Motion for Reconsideration at 15-16.

Pursuant to Rules 3 (A) (ii) and (iii) of Your Honor's Individual Practices in Criminal Cases, we will file the sealed and redacted versions of the documents on ECF and provide Chambers with a copy of the documents with redactions identified.

Thank you for the Court's consideration of this request. We are available to provide any additional information the Court requires.

                                                          Respectfully submitted,

                                                          /s/ Julie-Irene Nkodo_____
                                                          Julie-Irene Nkodo
                                                          *Counsel for Michael Del Villar*

cc: Brett Kalikow, Assistant United States Attorney (via ECF)
Kaylan Lasky, Assistant United States Attorney (via ECF)
Toni Messina, Esq. (via ECF)

Application GRANTED.

SO ORDERED.

*Valerie Caproni* 10/7/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE