```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA,                                 :
                                                             :
          -against-                                          :     20-CR-295 (VEC)
                                                             :
   MICHAEL DEL VILLAR,                                       :     ORDER
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/21

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties submitted proposed voir dire questions and requests to charge on February 8, 2021, *see* Dkts. 60-61, 66-67; and

WHEREAS Mr. Del Villar's change-of-counsel occurred after that date, *see* Dkt. 110;

IT IS HEREBY ORDERED THAT Mr. Del Villar may submit supplemental materials related to his proposed voir dire questions and requests to charge no later than November 15, 2021.

**SO ORDERED.**

Date:  November 6, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**