```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                                :
                                                             :
         -against-                                           :    20-CR-295 (VEC)
                                                             :
    MICHAEL DEL VILLAR,                                      :    ORDER
                                                             :
                               Defendant.                    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/21

VALERIE CAPRONI, United States District Judge:

WHEREAS the Government has requested a hearing;

IT IS HEREBY ORDERED THAT the parties must appear for a hearing on Tuesday, **November 23, 2021, at 9:00 a.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: November 21, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**