```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 UNITED STATES OF AMERICA,                                   :
                                                             :
        -against-                                            :    20-CR-295 (VEC)
                                                             :
 MICHAEL DEL VILLAR,                                         :    ORDER AND
                                                             :    JUDGMENT
                                   Defendant.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Michael Del Villar was arrested on or about March 9, 2020;

WHEREAS Mr. Del Villar was subsequently released on bail conditions including a $150,000 personal recognizance bond cosigned by three sureties and home detention, among other conditions;

WHEREAS on November 20, 2021, Mr. Del Villar tampered with his electronic monitoring bracelet, absconded from Pretrial Services supervision in violation of the conditions of his release, and is presently a fugitive; and

WHEREAS on November 23, 2021, the Government moved pursuant to Federal Rule of Criminal Procedure 46(f) for an order: (1) declaring forfeited the $150,000 personal recognizance bond executed by Mr. Del Villar and sureties Kimberly Aguilar, Geovanni Aguilar, and Rodolfo Torres; and (2) entering judgment in the amount of $150,000 in favor of the United States of America against Mr. Del Villar and sureties Kimberly Aguilar, Geovanni Aguilar, and Rodolfo Torres, Dkt. 147;

WHEREAS the Court ordered Mr. Torres to appear for a court hearing on December 14, 2021, at 1:00 p.m. to show cause why forfeiture should not be granted and judgment entered against him, Dkts. 148, 154;

WHEREAS the Court held the hearing on December 14, 2021, at 1:00 p.m.; and

WHEREAS Mr. Torres did not appear;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure, the bail securing the release of Mr. Del Villar be FORFEITED and judgment in the amount of $150,000 in favor of the United States of America against Rodolfo Torres be and hereby is ENTERED and the United States of America shall have execution therefor.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this order to Mr. Torres.

**SO ORDERED.**

Date:  December 14, 2021
       New York, New York

**VALERIE CAPRONI**
United States District Judge