```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,              :
                                           :
            -against-                      :     20-CR-295 (VEC)
                                           :
    MICHAEL DEL VILLAR,                    :     ORDER
                                           :
                        Defendant.         :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/22

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing is currently scheduled for January 11, 2022, at 1:00 p.m. on the Government's motion to forfeit the bond that secured the appearance of Michael Del Villar and to obtain a judgment in the amount of $150,000 against bail sureties Kimberly Aguilar and Geovanni Aguilar, Dkt. 154;

WHEREAS the Court previously granted permission for Ms. Aguilar and Mr. Aguilar to dial-in to the proceeding, *id.*; and

WHEREAS in light of the spread of the Omicron variant of COVID-19 and the significant rise in the number of cases reported in New York City, the Court is exercising caution with regard to in-person proceedings;

IT IS HEREBY ORDERED that the January 11, 2022 hearing shall proceed as to all attorneys and sureties telephonically. The sureties and counsel should appear remotely via phone by dialing-in to (888) 363-4749 // Access code: 3121171# // Security code: 0295#. Recording or retransmitting the telephone call is strictly prohibited.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to serve a copy of this Order on Ms. Aguilar and Mr. Aguilar at their last known addresses, as required under Rule 46(f)(3)(C). The Clerk is further directed to note the mailing on the docket.

SO ORDERED.

Date:  January 4, 2022
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**