```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,                  :
                                                :
        -against-                               :    20-CR-295 (VEC)
                                                :
    MICHAEL DEL VILLAR,                         :    ORDER
                                                :
                                Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Kimberly Aguilar, Geovanni Aguilar, and Rodolfo Torres, sureties for Defendant Michael Del Villar, failed to submit materials to the Court regarding why the Court should not enter judgment against them by the deadline that the Court imposed, *see* Dkt. 160;

    IT IS HEREBY ORDERED THAT the Government must submit an update to the Court not later than **March 14, 2022**, regarding whether it is still seeking entry of judgment as to all three sureties at this time.

    IT IS FURTHER ORDERED that the Government shall serve a copy of this Order on the Clerk of the Court, who is the authorized agent for service under Federal Rule of Criminal Procedure 46(f)(3)(B).

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to serve a copy of this Order on sureties Kimberly Aguilar, Geovanni Aguilar, and Rodolfo Torres at their last known addresses, as required under Rule 46(f)(3)(C). The Clerk is further directed to note all mailings on the docket.

**SO ORDERED.**

**Date: March 8, 2022**
    **New York, NY**

*(signature)*
**VALERIE CAPRONI**
**United States District Judge**