USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,     :

    - v -     :

MICHAEL DEL VILLAR,     :

    Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER AND JUDGMENT OF FORFEITURE OF BAIL**

20 Cr. 295 (VEC)

        This cause having come on to be heard on the motion of Damian Williams, United States Attorney for the Southern District of New York, by Brett M. Kalikow, Assistant United States Attorney,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing the release of defendant Michael Del Villar be forfeited and that the United States of America have and recover judgment against defendant Michael Del Villar, and sureties Kimberly Aguilar, Geovanni Aguilar, and Rodolfo Torres, jointly and severally, in the sum of $150,000 and that the United States have execution therefore.

Dated:     New York, New York
            March 14, 2022

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT ENTERED:

_____
Ruby J. Krajick
Clerk of the Court
Southern District of New York