USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                :
                                          :
    -against-                         :  20-CR-295 (VEC)
                                          :
MICHAEL DEL VILLAR,                      :  ORDER
                                          :
                        Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 7, 2023, a superseding indictment was filed against Defendant Michael Del Villar and an arrest warrant issued, *see* Dkts. 166–67; and

    WHEREAS the last update the Court received from the Government was over a year ago in May 2023;

    IT IS HEREBY ORDERED THAT the Government must submit a status update to the Court not later than **Friday, October 25, 2024**.

**SO ORDERED.**

Date: **September 27, 2024**
     **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**