# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

**ASIA**
BEIJING
HONG KONG
SEOUL

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER

LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI

MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
JONATHAN MENDES DE OLIVEIRA
BRANDON M. HAMMER
KYLIEN BARZA
NICKOLAS BOGDANOVICH
MATTHEW G. BRIGHAM
RESIDENT PARTNERS

JUDITH KASSEL
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
CATHERINE S. GRIMM
JOHN V HARRISON
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
SWIFT S.O. EDGAR
JOSHUA PANAS
CHARITY E. LEE
RESIDENT COUNSEL

D: +1 212 225-2609
vhou@cgsh.com

November 21, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2024

**MEMO ENDORSED**

**BY ECF**

Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Del Villar*, No. 20-cr-00295 (VEC)

Dear Judge Caproni:

      I am counsel appointed under the Criminal Justice Act for the defendant Mr. Del Villar in the case referenced above. I write in connection with my motion requesting that the Court allow Cleary Gottlieb Steen & Hamilton LLP to withdraw as counsel for Mr. Del Villar. I respectfully request that the Court allow me to file the supporting declaration for this motion to withdraw as counsel under seal in its entirety, as the declaration contains sensitive information about counsel's prior interactions with Mr. Del Villar and the reasons necessitating our withdrawal. I have informed counsel for the United States, including Assistant United States Attorney Kaylan Lasky, of my intention to request to file the declaration under seal, and the government has no objection to this request.

      While there is a general presumption of public access to judicial documents, "the weight to be given the presumption of access must be governed by the role of the material at issue in the exercise of Article III judicial power and the resultant value of such information to those monitoring the federal courts." *United States v. Amodeo*, 71 F.3d 1044, 1049 (2d Cir. 1995). In making this determination, the Court must "balance competing considerations" against access, such as "the danger of impairing law enforcement or judicial efficiency" and "the privacy interests of those resisting disclosure." *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006). In the instant case, the declaration that we are requesting to file under seal contains private information, including my perception of the breakdown of the attorney-client relationship between Mr. Del Villar and his attorneys. The declaration does not contain any information that

Hon. Valerie E. Caproni, p. 2

would be necessary to those seeking to shed light on the actions of the federal courts. Thus, the balance weighs in favor of allowing us to file the declaration under seal to protect the privacy interests of both Mr. Del Villar and the attorneys involved.

Respectfully submitted,

Victor L. Hou

cc: Kaylan Lasky
Alexandra Rothman
Assistant United States Attorneys
1 Saint Andrews Plaza
New York, NY 10007

---

Application GRANTED. Defendant's counsel from Cleary Gottlieb Steen & Hamilton LLP ("Cleary") are granted leave to file their declaration in support of their motion to withdraw as counsel for Mr. Del Villar under seal.

IT IS FURTHER ORDERED that Cleary's motion to withdraw as counsel at Dkt. 170 will be held in abeyance until Mr. Del Villar has been extradited to the United States. Without the benefit of Mr. Del Villar's position on Cleary's motion, it cannot assess the prejudice to the Defendant of Cleary's withdrawal. The Government is directed to notify the Court promptly when Mr. Del Villar is back in the United States, at which time the Court will set a status conference regarding Cleary's withdrawal motion and the Government's plans for trial.

IT IS FURTHER ORDERED that by not later than **Friday, December 13, 2024,** Defense counsel Julie-Irene A. Nkodo, who appears to have left Cleary and joined Levine Lee LLP, must file a motion to withdraw as counsel, unless the Cleary attorneys wish to continue her as an associate on the matter if their motion to withdraw is denied.

SO ORDERED.

12/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE