USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                       :
                                                :
    -against-                                 :    20-CR-295 (VEC)
                                                :
MICHAEL DEL VILLAR,                             :    ORDER
                                                :
                                     Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2023, a superseding indictment was filed against Defendant Michael Del Villar and an arrest warrant issued, *see* Dkts. 166–67;

WHEREAS on September 27, 2024, the Court requested a status update from the Government, *see* Dkt. 168; and

WHEREAS on October 3, 2024, the Government indicated that after Defendant absconded in November 2021, Hungarian law enforcement authorities ultimately arrested him in July 2023; the Government submitted an extradition request, which was pending at the time of the Government's last status update, *see* Dkt. 169;

IT IS HEREBY ORDERED THAT the Government must submit a status update to the Court not later than **Friday, April 4, 2025**.

**SO ORDERED.**

**Date:  March 27, 2025**
**New York, NY**

                                                           **VALERIE CAPRONI**
                                                     **United States District Judge**