```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

    -against-                                20-CR-295 (VEC)

MICHAEL DEL VILLAR,                  ORDER

                             Defendant.

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 7, 2023, a superseding indictment was filed against Defendant Michael Del Villar and an arrest warrant issued, *see* Dkts. 166–67;

       WHEREAS on September 27, 2024, the Court requested a status update from the Government, *see* Dkt. 168;

       WHEREAS on October 3, 2024, the Government indicated that after Defendant absconded in November 2021, Hungarian law enforcement authorities ultimately arrested him in July 2023; the Government submitted an extradition request, which was pending at the time of the Government's last status update, *see* Dkt. 169;

       WHEREAS on March 27, 2025, the Court requested another status update from the Government, *see* Dkt. 176; and

       WHEREAS on March 31, 2025, the Government indicated that "the defendant's extradition proceedings are still ongoing in Hungary[] and there is likely to be further movement in the next several months," *see* Dkt. 177;

       IT IS HEREBY ORDERED THAT the Government must submit a status update to the Court not later than **Friday, November 21, 2025**.

///

**SO ORDERED.**

**Date: November 14, 2025**
  New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**