USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/23/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,                    :
                                                 :
            -against-                            :          20-CR-295 (VEC)
                                                 :
    MICHAEL DEL VILLAR,                          :               ORDER
                                                 :
                              Defendant.         :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 7, 2023, a superseding indictment was filed against Defendant Michael Del Villar and an arrest warrant issued, *see* Dkts. 166–167;

WHEREAS on September 27, 2024, the Court requested a status update from the Government, *see* Dkt. 168;

WHEREAS on October 3, 2024, the Government indicated that after Defendant absconded in November 2021, Hungarian law enforcement authorities ultimately arrested him in July 2023; the Government submitted an extradition request, which was pending at the time of the Government's status update on October 3, 2024, *see* Dkt. 169;

WHEREAS on March 27, 2025, the Court requested another status update from the Government, *see* Dkt. 176;

WHEREAS on March 31, 2025, the Government indicated that "the defendant's extradition proceedings are still ongoing in Hungary[] and there is likely to be further movement in the next several months," *see* Dkt. 177;

WHEREAS on November 14, 2025, the Court requested another status update from the Government, *see* Dkt. 178;

WHEREAS on November 20, 2025, the Government indicated that, on or around October 16, 2025, Hungarian law enforcement authorities released Defendant after the Metropolitan Court of Budapest, Hungary, found that "[D]efendant's extradition would violate Article 3 of the European Convention on Human Rights due to the possibility that a life sentence could be imposed in the United States," *see* Dkt. 179; and

WHEREAS, as of the Government's most recent status update on November 20, 2025, Defendant is a fugitive, *see id.*;

IT IS HEREBY ORDERED that the Government submit a status update to the Court not later than **Friday, July 10, 2026**.

**SO ORDERED.**

Date:  **June 23, 2026**
       **New York, NY**

_____
               **VALERIE CAPRONI**
           **United States District Judge**